IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00824-ZLW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2009

GREGORY C. LANGHAM
CLERK

RICHARD A. RAMOS,

    Plaintiff,

v.

MESA COUNTY PAROLE DEPARTMENT,
MESA COUNTY DETENTION FACILITY,
MESA COUNTY SHERIFFS OFFICE,
ROBERT ARMENTA,

    Defendants.

---

ORDER REINSTATING CASE

---

Plaintiff Richard A. Ramos currently is detained at the Mesa County Detention Facility in Grand Junction, Colorado. This action was dismissed without prejudice because Mr. Jackson failed to file an Amended Prisoner Complaint. Pursuant to the order entered in Case No. 09-cv-01138-ZLW on June 4, 2009, the instant action will be reinstated. Accordingly, it is

    ORDERED that the Order of Dismissal and the Judgment are vacated. It is

    FURTHER ORDERED that the Clerk of the Court is directed to reinstate and return this action to the pro se docket. It is

FURTHER ORDERED that process shall not issue until further order of the Court.

DATED at Denver, Colorado, this 11 day of June, 2009.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00824-ZLW

Richard A. Ramos
Prisoner No. 212345
Mesa County Detention Facility
P.O. Box 20,000
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/12/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk