IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00824-WYD-KLM

RICHARD RAMOS,

      Plaintiff,

v.

JIM KELLER,
TASHA DOBBS,
DUANE ROBINSON, and
ROBERT ARMENTA,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 5 2009

GREGORY C. LANGHAM
_____ CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS MATTER is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis.* It is hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

Dated:  June 25, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01313-REB-MEH

Ronald Johnson
Prisoner No. 53475
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Executive Director, Kevin Milyard, Lloyd Waide,
Jeff Revord, Raymond Higgins, Gary Little,
Robert Keisel, Shawn Rewoldt, Terry Bartruff,
Carol Soares, Kenneth Wildenstein, and Mary Cox-Bergman – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Executive Director, Kevin Milyard, Lloyd Waide, Jeff Revord, Raymond Higgins, Gary Little, Robert Keisel, Shawn Rewoldt, Terry Bartruff, Carol Soares, Kenneth Wildenstein, and Mary Cox-Bergman: COMPLAINT FILED 06/05/09, ORDER FILED 6/22/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _6/25/09_ .

GREGORY C. LANGHAM, CLERK

By:_____
                        Deputy Clerk