IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00824-WYD-KLM

RICHARD RAMOS,

    Plaintiff,

v.

JIM KELLER,
TASHA DOBBS,
DUANE ROBINSON, and
ROBERT ARMENTA,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Part Amend in Case** [Docket No. 18; Filed July 1, 2009] (the "Motion").  Plaintiff appears to be requesting reconsideration of District Court Judge Weinshienk's Order dismissing his claim that he has been denied access to the Courts. [Docket No. 11].

This Court does not have jurisdiction to review an order of a District Court Judge. Moreover, a motion for reconsideration "is an extreme remedy to be granted in rare circumstances."  *Brumark Corp. v. Samson Res. Corp.*, 57 F.3d 941, 944 (10th Cir. 1995). It is well established in the Tenth Circuit that grounds for a motion to reconsider include: "(1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice."  *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citing *Brumark*, 57 F.3d at 948).  Therefore, a motion to reconsider is "appropriate [only] where the court has misapprehended the facts,

a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing." *Id.* Plaintiff has not submitted any new facts or law to support the Motion. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated: August 24, 2009

      ___/s/ Kristen L. Mix_____
      Kristen L. Mix
      United States Magistrate Judge